KAMER ZUCKER ABBOTT
Jen J. Sarafina                    #9679
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel. (702) 259-8640
Fax (702) 259-8646
jsarafina@kzalaw.com

Attorneys for Defendants
Wynn Resorts Holdings, LLC,
Wynn Las Vegas, LLC, and Encore Spa

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SOFIA Y. KOUTSEVA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WYNN RESORTS HOLDING, LLC, Nevada Limited Liability Company; WYNN LAS VEGAS; ENCORE SPA; and DOES and ROES I through XX, inclusive,<br><br>　　　　Defendant. | Case No. 2:17-cv-03021-JCM-CWH<br><br>**STIPULATION AND REQUEST FOR EXTENSION OF TIME FOR DEFENDANTS WYNN RESORTS HOLDINGS, LLC, WYNN LAS VEGAS, LLC, AND ENCORE SPA TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>*(First Request)* |

Plaintiff Sofia Y. Koutseva, appearing in *Proper Person*, and Defendants Wynn Resorts Holdings, LLC, Wynn Las Vegas, LLC, and Encore Spa (hereinafter collectively referred to as "Wynn"), by and through their counsel of record, the law firm of Kamer Zucker Abbott, stipulate and request that the Court extend the deadline for Wynn's Response to Plaintiff's Complaint from the current deadline of January 10, 2018, up to and including January 22, 2018. In support of this Stipulation and Request, the parties state as follows:

1. Defendant Wynn was served with the Summons and Complaint in this matter on December 20, 2017, rendering its response to the Complaint due by January 10, 2018.

2. Counsel for Wynn recently had knee surgery, is still in physical therapy three (3) times per week, and has still not returned to the office full time. Moreover, counsel for Wynn had additional time out of the office for the federal holidays of Christmas and New Year's Day.

3. This request is being sought in good faith and is not sought for any improper purpose or other purpose of delay. This request is brought only to provide Wynn's counsel with sufficient time to review and respond to Plaintiff's Complaint.

WHEREFORE, the parties respectfully request that the Court extend the deadline for Defendant Wynn to respond to Plaintiff's Complaint, up to and including January 22, 2018.

DATED this 8th day of January, 2018.

Respectfully submitted,

/s/ Sofia Y. Koutseva
Sofia Y. Koutseva
7251 Burrett Avenue
Las Vegas, Nevada 89178
Telephone: (702) 494-7521

Plaintiff in *Proper Person*

Respectfully submitted,

/s/ Jen J. Sarafina
Jen J. Sarafina            #9679
KAMER ZUCKER ABBOTT
3000 West Charleston Boulevard, Suite 3
Las Vegas, NV 89102
Telephone: (702) 259-8640
Facsimile: (702) 259-8646

Attorneys for Defendants
Wynn Resorts Holdings, LLC,
Wynn Las Vegas, LLC, and Encore Spa

**IT IS SO ORDERED.**

January 9, 2018

**DATE**                                                **UNITED STATES MAGISTRATE JUDGE**