KAMER ZUCKER ABBOTT
Jen J. Sarafina          #9679
Neil C. Baker            #14476
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel. (702) 259-8640
Fax (702) 259-8646
jsarafina@kzalaw.com
nbaker@kzalaw.com

Attorneys for Defendants
Wynn Resorts Holdings, LLC,
Wynn Las Vegas, and
Encore Spa

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SOFIA Y. KOUTSEVA,<br><br>          Plaintiff,<br><br>vs.<br><br>WYNN RESORTS HOLDINGS, LLC; WYNN LAS VEGAS; ENCORE SPA,<br><br>          Defendant. | Case No. 2:17-cv-03021-JCM-CWH<br><br>**STIPULATION AND ORDER TO STAY PROCEEDINGS PENDING RESOLUTION OF DEFENDANTS' MOTION TO DISMISS**<br><br>**(First Request)** |

Plaintiff Sofia Y. Koutseva ("Plaintiff), proceeding pro se, and Defendants Wynn Resorts Holdings, LLC, Wynn Las Vegas, LLC, and Encore Spa (hereinafter collectively referred to as "Defendants"), by and through their counsel of record, the law firm Kamer Zucker Abbott, stipulate and request that the Court stay these proceedings pending resolution of Defendants' Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(1) and (6) (ECF No. 10). In support of this Stipulation and Request, the parties state as follows:

1. Defendants filed their Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(1) and (6) ("Motion") on January 22, 2018. (ECF No. 10.)

2. Plaintiff filed her Opposition to Defendants' Motion to Dismiss on February 2, 2018. (ECF No. 12.)

3. Defendants filed their Reply in Support of their Motion to Dismiss on February 9, 2018. (ECF No. 14.)

4. Based on the disposition of Defendants' Motion to Dismiss, this case may be dismissed in whole or in part or allowed to proceed in its current or alternative form. Accordingly, the parties believe it would be prudent to stay proceedings in this matter to conserve expenditures and resources until a decision is made on Defendants' Motion. The parties agree that, if this case survives the pending Motion, they will conduct their Rule 26(f) conference and submit a proposed discovery plan and scheduling order within fourteen (14) days after the Court issues its decision on the Motion.

WHEREFORE, the parties respectfully request that the Court stay proceedings in this case until the resolution of Defendants' Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(1) and (6).

DATED this 22nd day of February, 2018

/s/ Sofia Y. Koutseva
Sofia Y. Koutseva
7251 Burrett Avenue
Las Vegas, Nevada 89178
Telephone: (702) 494-7521

Plaintiff Pro Se

DATED this 22nd day of February, 2018

/s/ Neil C. Baker
Jen J. Sarafina    #9679
Neil C. Baker    #14476
KAMER ZUCKER ABBOTT
3000 West Charleston Boulevard, Suite 3
Las Vegas, NV 89102
Telephone: (702) 259-8640
Facsimile: (702) 259-8646

Attorneys for Defendants
Wynn Resorts Holdings, LLC,
Wynn Las Vegas, LLC, and Encore Spa

**IT IS SO ORDERED.**

Dated: February 27, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE