# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

SOFIA Y. KOUTSEVA,

        Plaintiff,

vs.

WYNN RESORTS HOLDINGS, LLC, *et al.*,

        Defendants.

2:17-cv-03021-JCM-CWH

**ORDER**

Before the Court is the Stipulation and Order to Stay Early Neutral Evaluation Proceedings Pending Resolution of Defendants' Motion to Dismiss (ECF No. 17).

Accordingly,

IT IS HEREBY ORDERED that a telephonic hearing on the Stipulation and Order to Stay Early Neutral Evaluation Proceedings Pending Resolution of Defendants' Motion to Dismiss (ECF No. 17) is scheduled for 3:00 PM, March 6, 2018.

The parties are instructed to call telephone number: (888)273-3658, access code: 3912597, 5 minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

DATED this 27th day of February, 2018.

                              _____

                              CAM FERENBACH

                              UNITED STATES MAGISTRATE JUDGE