# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| SOFIA Y KOUTSEVA,<br><br>    Plaintiff,<br><br>vs.<br><br>WYNN RESORTS HOLDINGS, LLC, *et al.*,<br><br>    Defendants. | 2:17-cv-03021-JCM-CWH<br>**ORDER** |

  Before the Court is Plaintiff's Motion to Reconvene Early Neutral Evaluation Session (ECF NO. 22).

  Accordingly,

  IT IS HEREBY ORDERED that an in-chambers' telephonic hearing on Plaintiff's Motion to Reconvene Early Neutral Evaluation Session (ECF NO. 22) is scheduled for 10:00 AM, August 2, 2018.

  The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings.

  The Clerk of Court is directed to mail a copy of this Order to Ms. Koutseva.

  DATED this 6th day of July, 2018.

                    _____
                    CAM FERENBACH
                    UNITED STATES MAGISTRATE JUDGE