KAMER ZUCKER ABBOTT
Jen J. Sarafina   #9679
3000 W. Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel. (702) 259-8640
Fax (702) 259-8646
jsarafina@kzalaw.com

Attorneys for Defendants
Wynn Resorts Holdings, LLC,
Wynn Las Vegas, LLC, and Encore Spa

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SOFIA Y. KOUTSEVA, ) | Case No. 2:17-cv-03021-JCM-CWH |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **NOTICE OF CHANGE IN COUNSEL** |
| ) | |
| WYNN RESORTS HOLDING, LLC, Nevada ) | |
| Limited Liability Company; WYNN LAS ) | |
| VEGAS; ENCORE SPA; and DOES and ROES ) | |
| I through XX, inclusive, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Please take notice that Neil C. Baker, an attorney of record for Defendants Wynn Resorts Holdings, LLC, Wynn Las Vegas, LLC and Encore Spa (hereinafter collectively referred to as "Defendants") in the above-entitled action, has left the firm of Kamer Zucker Abbott and will no longer serve as counsel in this matter. Defendants will continue to be represented by Kamer Zucker Abbott, by and through the attorneys in the caption above.

///

///

///

Accordingly, Defendants respectfully request that Neil C. Baker be removed from the service list in this matter.

DATED this 3rd day of July, 2018.

Respectfully submitted,
KAMER ZUCKER ABBOTT

IT IS SO ORDERED.

DATED: July 11, 2018

C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

By: /s/ *Jen J. Sarafina*
Jen J. Sarafina           #9679
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102
Tel:   (702) 259-8640
Fax:   (702) 259-8646

Attorneys for Defendants
Wynn Resorts Holdings, LLC,
Wynn Las Vegas, LLC, and Encore Spa

## CERTIFICATE OF SERVICE

This is to certify that on the 3rd day of July, 2018, the undersigned, an employee of Kamer Zucker Abbott, placed a copy of the foregoing **NOTICE OF CHANGE IN COUNSEL** in the U.S. mail, postage pre-paid and addressed as follows:

Sofia Y. Koutseva
7251 Burrett Avenue
Las Vegas, Nevada 89178

By: /s/ *Kathleen Knight*
An employee of Kamer Zucker Abbott