KAMER ZUCKER ABBOTT
Jen J. Sarafina         #9679
Dare Heisterman    #14060
3000 W. Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel. (702) 259-8640
Fax (702) 259-8646
jsarafina@kzalaw.com

Attorneys for Defendants
Wynn Resorts Holdings, LLC,
Wynn Las Vegas, LLC, and Encore Spa

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SOFIA Y. KOUTSEVA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WYNN RESORTS HOLDING, LLC, Nevada Limited Liability Company; WYNN LAS VEGAS; ENCORE SPA; and DOES and ROES I through XX, inclusive,<br><br>　　　　Defendant. | Case No.  2:17-cv-03021-JCM-CWH<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and through their respective counsel of record, hereby stipulate and request that the above-captioned case be dismissed in its entirety *with prejudice*. Each party is to bear their own attorneys' fees and costs, except as otherwise provided.

///

///

///

///

///

WHEREFORE, the parties respectfully request that this matter be dismissed *with prejudice*, with each party to bear their own costs and attorneys' fees, except as otherwise provided.

DATED this 3 day of January, 2019.  DATED this 3rd day of January, 2019.

SOFIA KOUTSEVA  KAMER ZUCKER ABBOTT

By: _____  By: _____
Sofia Koutseva  Jen J. Sarafina #9679
7251 Burrett Avenue  Dare Heisterman #14060
Las Vegas, Nevada 89178  3000 West Charleston Blvd., Suite 3
 Las Vegas, Nevada 89102
 Telephone: (702) 259-8640
 Facsimile: (702) 259-8646

*Pro Se* Plaintiff

Attorneys for Defendants
Wynn Resorts Holdings, LLC,
Wynn Las Vegas, LLC, and
Encore Spa

**ORDER**

IT IS SO ORDERED.

Date: January 4, 2019.

_____
UNITED STATES DISTRICT JUDGE